443 A.2d 370

Commonwealth v. Feflie, Appellant.

 Submitted June 3, 1981. Herbert V. Giobbi, for appellant; Michael Vedomsky, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

The judgment of sentence is affirmed on the opinion of the Honorable Robert A. Freedberg, Court of Common Pleas, Northampton County.

SHERTZ, J., did not participate in the consideration or decision of this case.